JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JEREMY JONES,

            Plaintiff,

       v.

CORRECTIONAL OFFICER DRAYTON, et al.,

            Defendants.

Case No. 2:21-cv-06020-ODW-JC

JUDGMENT

   In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: January 26, 2026

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE