UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORRECTIONAL OFFICER<br>DRAYTON ET AL.,<br><br>　　　　　Respondents | Case No. 2:21-cv-06020-ODW-AYP<br><br>ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS, AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion for Reconsideration Due to Extreme Circumstances FRCP Rule 60(b) and Special Request, exhibits, as well as the Report and Recommendation of the United States Magistrate Judge and all objections thereto. The Court approves and accepts the Report and Recommendation of the Magistrate Judge.

IT IS HEREBY ORDERED that the Motion is DENIED.

IT IS SO ORDERED.

DATE: June 25, 2026　　　　　_____

HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE